**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01438-SBP

GIYOS UKTAM UGLI BAKHRIDDINOV,

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement,
GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, and
JUAN BALTAZAR, Warden, Denver Contract Detention Center, Aurora, Colorado,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of Magistrate Judge Susan Prose entered on May 8, 2026, [ECF No. 10] and June 10, 2026, [ECF No. 12], it is

ORDERED that the Petition for Writ of Habeas Corpus 28 U.S.C. § 2241. [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 11th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  K. Myhaver

K. Myhaver, Deputy Clerk